473 A.2d 660

Commonwealth v. Shultz, Appellant.
Petition for Allowance of Appeal
Denied June 29, 1984.

 Submitted Octo-

ber 3, 1983. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.